Tanya E. Moore. SBN 206683
MOORE LAW FIRM, P.C.
1900 Camden Avenue, Suite 101
San Jose, California 95124
Telephone (408) 298-2000
Facsimile (408) 298-6046
E-mails: tanya@@moorelawfirm.com;
service@moorelawfirm.com

Attorney for Plaintiff,
Gerardo Hernandez

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERARDO HERNANDEZ,<br><br>            Plaintiff,<br><br>      vs.<br><br>MUSHTAQ OMAR KHALILULLAH dba EXCEL ENERGY GAS AND MART, et al.,<br><br>            Defendants. | Case No. 5:24-cv-00965-VKD<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION** |

WHEREAS, Defendants have not filed an answer or motion for summary judgment;

WHEREAS, no counterclaim has been filed;

NOW, THEREFORE, pursuant to settlement, Plaintiff hereby dismisses this action with prejudice in its entirety pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Date: November 22, 2024            MOORE LAW FIRM, P.C.


                                                           */s/ Tanya E. Moore*
                                                           Tanya E. Moore
                                                           Attorney for Plaintiff,
                                                           Gerardo Hernandez